UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

|  |  |  |
|---|---|---|
| ANTHONY TARASOFF, DENNIS WILLIAMS, and CHRISTOPHER ROWE, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | Civil Action No. 1:22-cv-02441-TWP-TAB |
| Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| TRADITION TRANSPORTATION COMPANY, LLC and TRADITION LEASING SYSTEMS, LLC, | ) ) ) ) |  |
| Defendants. | ) ) |  |

## MOTION FOR ENTRY OF DEFAULT

**To the Clerk of the U. S. District Court for the Southern District of Indiana**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff requests that the clerk enter the default of Defendants Tradition Transportation Company, LLC and Tradition Leasing Systems, LLC for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of Brook S. Lane attached hereto.

        Respectfully submitted,

        ANTHONY TARASOFF, DENNIS WILLIAMS, and CHRISTOPHER ROWE, individually and on behalf of all others similarly situated,

        By their attorneys,

/s/ Brook S. Lane
Richard E. Shevitz, Atty. No. 12007-49
rshevitz@cohenandmalad.com
Scott D. Gilchrist, Atty. No. 16720-53
sgilchrist@cohenandmalad.com
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
(P) 317-636-6481

Brook S. Lane, Mass. BBO No. 678742
Admitted *pro hac vice*
brook@fairworklaw.com
Hillary Schwab, Mass. BBO No. 666029
Admitted *pro hac vice*
hillary@fairworklaw.com
Rachel Smit, Mass. BBO No. 688294
Admitted *pro hac vice*
rachel@fairworklaw.com
FAIR WORK P.C.
192 South Street, Suite 450
Boston, MA 02111
T 617-607-3260

Dated: October 4, 2024