# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ANTHONY TARASOFF on behalf of himself and others similarly situated,<br>DENNIS WILLIAMS on behalf of himself and others similarly situated,<br>CHRISTOPHER ROWE on behalf of himself and others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>TRADITION TRANSPORATION COMPANY, LLC,<br>TRADITION LEASING SYSTEMS, LLC.,<br><br>　　　　　　Defendants. | No. 1:22-cv-02441-TWP-TAB |

## CLERK'S ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, default is hereby entered as to Defendants Tradition Transportation Company, LLC and Tradition Leasing Systems, LLC for failure to plead or otherwise defend this action.

Kristine L. Seufert, Clerk

Date: 11/27/2024

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Scott D. Gilchrist
COHEN & MALAD LLP
sgilchrist@cohenandmalad.com

Brook Stockslager Lane
Fair Work P.C.
brook@fairworklaw.com

Hillary Schwab
Fair Work, P.C.
hillary@fairworklaw.com

Richard E. Shevitz
COHEN & MALAD LLP
rshevitz@cohenandmalad.com

Rachel Julia Smit
Fair Work P.C.
rachel@fairworklaw.com

Tradition Transportation Company Inc.
300 Growth Parkway
Angola, IN 46703

Tradition Transportation Company Inc.
c/o James L. Evans
11363 Leander Lane
Indianapolis, IN 46236

Tradition Leasing Systems LLC
300 Growth Parkway
Angola, IN 46703

Tradition Transportation Company Inc.
c/o Timothy E. Evans
2429 State Road 1
Butler, IN 46721

Tradition Transportation Company Inc.
c/o Joseph Montel
P.O. Box 3970
Carmel, IN, 46082

Tradition Transportation Company Inc.
c/o Robert Morris
9010 Laurel Hurst
Fort Wayne, IN, 46835

Tradition Transportation Company Inc.
c/o Robert Morris
6344 E. State Blvd.
Fort Wayne, IN, 46815

Tradition Leasing Systems LLC
c/o James L. Evans
11363 Leander Lane
Indianapolis, IN 46236

Tradition Leasing Systems LLC
c/o Timothy E. Evans
2429 State Road 1
Butler, IN 46721

Tradition Leasing Systems LLC
c/o Joseph Montel
P.O. Box 3970
Carmel, IN, 46082

Tradition Leasing Systems LLC
c/o Robert Morris
9010 Laurel Hurst
Fort Wayne, IN, 46835

Tradition Leasing Systems LLC
c/o Robert Morris
6344 E. State Blvd.
Fort Wayne, IN, 46815