# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANTHONY TARASOFF on behalf of himself and others similarly situated, DENNIS WILLIAMS on behalf of himself and others similarly situated, CHRISTOPHER ROWE on behalf of himself and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRADITION TRANSPORATION COMPANY, LLC Default Judgment entered on 11/27/2024, TRADITION LEASING SYSTEMS, LLC. Default Judgment entered on 11/27/2024, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:22-cv-02441-TWP-TAB |

## ORDER

This matter is before the Court on the Court's Order to Show Cause. (Dkt. 71). On October 14, 2025, counsel for Plaintiffs was ordered to show cause why this case should not be dismissed for failure to prosecute. *Id*. On October 24, 2025, counsel for Plaintiffs filed a timely response requesting the Court dismiss their claims without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). (Dkt. 72). [1] Having reviewed the Response to Order to Show Cause, the Court **grants** this request and Orders that this action is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(a)(2).

The Order to Show Cause (Dkt. 71) is **DISCHARGED**.

This action is terminated.

**IT IS SO ORDERED.**

---

[1] Plaintiff initiated this Fair Labor Standards Act case on December 21, 2022 (Dkt. 1). On November 27, 2024, the Clerk of this Court issued an Entry of Default against Defendants Tradition Transportation Company, LLC, and Tradition Leasing Systems, LLC (Dkt. 67). Since that time, for reasons explained in their Response, there has been no activity in this case.

Date:    11/5/2025

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Scott D. Gilchrist
COHEN & MALAD LLP
sgilchrist@cohenandmalad.com

Brook S. Lane
Fair Work P.C.
brook@fairworklaw.com

Hillary Schwab
Fair Work, P.C.
hillary@fairworklaw.com

Richard E. Shevitz
COHEN & MALAD LLP
rshevitz@cohenandmalad.com

Rachel Julia Smit
Fair Work, P.C.
rachel@fairworklaw.com